# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00158-KDB-DSC

| | |
|---|---|
| **CASE FARMS PROCESSING INC. et. al.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )      **ORDER** |
| **ALEJANDRO MAYORKAS et. al.** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Brian Scott Green]" (document #5), filed December 15, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 16, 2021

David S. Cayer
United States Magistrate Judge